Date: 8/5/11 Judge: Brinkema Reporter: Thomson
Time: 8:59 To 9:15
Interpreter: _____
Language: _____

UNITED STATES of AMERICA
Vs.

Prob. Email: ___
Jury Email: ___

Tamer Figuven
Defendant's Name

1:11cr210
Case Number

Christopher Leibig
Counsel for Defendant

Daniel Grooms
Counsel for Government

**Matter called for:**
( ) Motions          ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
(X) Arraignment      ( ) Appeal from USMC      ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.          ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared: (X) in person    ( ) failed to Appear
                    (X) with Counsel ( ) without counsel    ( ) through counsel
Filed in open court:
( ) Criminal Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order

**Arraignment/Plea/Plea & Sentencing:**
(X) WFA ( ) FA ( ) PG (X) PNG   Trial by Jury: (X) Demanded  ( ) Waived

_____ Days to file Motions with Argument on  10/21/11  at  9:00am
Defendant entered Plea of Guilty as to Count(s) _____ Plea Accepted ( )
Motion for Dismissal of Count(s)_____ ( ) by U.S.  ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes  ( ) No   Defendant directed to cooperate with USPO for PSI ( )
Case continued to  11/07/11  at  10:00  for: (X) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status (3-4days)

**Rule 35:**
US' Rule 35 motion for reduction of sentence ( ) Granted  ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

**Probation/Supervised Release Hrg:**
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of : _____ Months; ( ) Supervised Release terminated
Speedy Trial waiver - fkd & entered

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____ ( ) Unsecured  ( ) Surety  ( ) Personal Recognizance
( ) Release Order Entered  ( ) Deft. Remanded  ( ) Deft. Released on Bond  (X) Deft. Continued on Bond

Defendant is: ( ) In Custody  ( ) Summons Issued  (X) On Bond  ( ) Warrant Issued  ( ) 1st appearance
Added cond: Deft shall reappear on 10/21/11 & 11/07/11