IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division


FILED
IN OPEN COURT
AUG 5 11
CLERK  DISTRICT COURT
         VIRGINIA

UNITED STATES of AMERICA, )
)
)
)
v. )
) Criminal No. 1:11cr210
)
Tamer Erguven , )
)
Defendant(s) )
)

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby consent to trial at such time as the Court may deem appropriate.

8/5/11
Date

Signature of Defendant

Counsel for the Defendant

Seen & Agreed

Government Counsel

/s/ LMB 8/5/11
Leonie M. Brinkema
United States District Judge