IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:11CR210 |
| | ) | |
| TAMER ERGUVEN, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO DISMISS SUPERSEDING INDICTMENT WITHOUT PREJUDICE

The United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Daniel J. Grooms, Assistant United States Attorney, jointly with the defendant Tamer Erguven and his counsel, hereby move this Honorable Court pursuant to Fed. R. Crim. P. 48(a) to dismiss without prejudice the Superseding Indictment in the above-captioned case against the defendant, Tamer Erguven.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:   /s/
Daniel J. Grooms
Assistant United States Attorney

Seen and agreed to, this 12th day of October, by:

/s/
Tamer Erguven
Defendant

/s/
Christopher Leibig, Esq.
Stuart A. Sears, Esq.
Counsel for Tamer Erguven