OCT 1 2 2011

CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:11CR210 |
| | ) | |
| TAMER ERGUVEN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon the Joint Motion of the United States and the defendant to dismiss the Superseding Indictment in the above-captioned case, it is hereby

ORDERED, that the Superseding Indictment in the above-captioned case is dismissed without prejudice as to the defendant, Tamer Erguven.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

Date: October 12, 2011